

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

December 15, 2011

**VIA EFILING AND HAND DELIVERY**
The Honorable Gregory M. Sleet
USDC for the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:   *Apple Inc. v. High Tech Computer Corp., a/k/a HTC Corp., et al.*
           **D.Del., C.A. Nos. 10-167-GMS, 10-544-GMS**

Your Honor:

    Enclosed please find the Amended Joint Status Report as requested by the Court's December 9th Order.  We also note that there is a companion case C.A. No.10-167, the parties request that the scheduling conference be held on that case at the same time.

                                          Repectfully,

                                          Richard K. Herrmann (I.D. #405)
                                          *rherrmann@morrisjames.com*

RKH/tah