**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>HIGH TECH COMPUTER CORP., *aka* HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC.,<br><br>　　　　*Defendants*. | C.A. No. 10-167 (GMS) |
| APPLE INC.,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>HIGH TECH COMPUTER CORP., *aka* HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC.,<br><br>　　　　*Defendants*. | C.A. No. 10-544 (GMS) |
| APPLE INC.,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>HIGH TECH COMPUTER CORP., aka HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC.,<br><br>　　　　*Defendants*. | C.A. No. 11-611 (GMS) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 22, 2011 Order (*See* D.I. 97, Case No. 1:10-00167-GMS), Counsel for Plaintiff Apple Inc. ("Apple") and Defendants High Tech Computer Corp., *aka* HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc., and Exedea, Inc. (collectively, "HTC")

hereby submit this Joint Status Report regarding the status of ITC Investigation No. 337-TA-797 ("the 797 Investigation").

## I. BACKGROUND

On December 22, 2011, the Court granted HTC's motion to stay the litigation of sixteen Apple patents asserted against HTC in Civil Action Nos. 1:10-00167-GMS, 1:10-00544-GMS and 1:11-00611-GMS. (*See* D.I. 97, Case No. 1:10-00167-GMS.) That Order also instructed the parties to submit a joint status report every six months regarding the status of the 797 Investigation. (*Id.*)

## II. STATUS OF THE 797 INVESTIGATION

Apple filed the 797 Investigation on July 8, 2011. Markman briefing has since been completed, and both fact and expert discovery have closed. The parties are currently in the process of exchanging exhibits, filing objections to exhibits and preparing motions *in limine*. Pre-hearing briefs are due July 10, 2012 and the Pre-Hearing Conference is scheduled for August 8, 2012. The Hearing is scheduled for August 8-August 24, 2012, and the target date for the completion of the 797 Investigation is March 7, 2013.

Dated: June 22, 2012

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MORRIS JAMES LLP | SHAW KELLER LLP |
| */s/ Mary B. Matterer* | */s/ John W. Shaw* |
| Richard K. Herrmann (# 405) | John W. Shaw (# 3362) |
| Mary B. Matterer (# 2696) | Karen E. Keller (#4489) |
| 500 Delaware Ave., Suite 1500 | 800 Delaware Avenue |
| Wilmington, DE 19801 | Third Floor |
| Telephone: (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | Telephone: (302) 476-2050 |
| | jshaw@shawkeller.com |

*Of Counsel:*

Gregory S. Arovas, P.C.
Steven Cherny
Robert A. Appleby
Michael J. Gulliford
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:  (212) 446-4800

Kenneth H. Bridges
Michael T. Pieja
Brian C. Kwok
BRIDGES & MAVRAKAKIS LLP
540 Cowper Street, Suite 100
Palo Alto, California 94301
Telephone:  (650) 681-4475

Mark Fowler
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2248
Telephone:  (650) 833-2000

Elizabeth Day
David Alberti
Clayton Thompson
Yakov Zolotorev
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
Telephone:  (650) 618-4360

*Attorneys for Apple Inc.*

*Of Counsel:*

Robert A. Van Nest
Leo L. Lam
Ashok Ramani
Eugene M. Paige
Ajay S. Krishnan
John C. Bostic
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Jonathan M. James
Ryan J. McBrayer
Christina J. McCullough
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, Washington  98101-3099

*Attorneys for High Tech Computer Corp., a/k/a HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc., and Exedea, Inc.*