IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>HIGH TECH COMPUTER CORP., aka HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC.,<br><br>         Defendants | Civil Action No.: 1:10-cv-544-GMS |

**STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION
WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Apple Inc. ("Apple") and Defendants High Tech Computer Corp. aka HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc. and Exedea, Inc. (collectively, "HTC"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each and every claim and counterclaim between Apple and HTC in the above captioned matter are hereby dismissed WITHOUT PREJUDICE, and that each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 12, 2012.

| | |
|---|---|
| */s/ Mary B. Matterer*<br>Richard K. Herrmann (I.D. #405)<br>Mary B. Matterer (I.D. #2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br><br>*Attorneys for Plaintiff Apple Inc.* | */s/ John W. Shaw*<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>SHAW KELLER LLP<br>800 Delaware Avenue, 3rd Floor<br>Wilmington, DE 19801<br>Telephone: (302) 476-2050<br><br>*Attorneys for Defendants High Tech Computer Corp. aka HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc. and Exedea, Inc.* |